UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| KAYLE HOWARD,<br><br>        Plaintiff,<br>   v.<br>MICHAEL DALISAY, *et al.*,<br><br>        Defendants.<br>_____/ | No. C 10-05655 LB<br><br>**ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM** |

This civil case was randomly assigned to United States Magistrate Judge Laurel Beeler for all purposes including trial. In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Judge Beeler may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

Plaintiff has not filed a written consent to Judge Beeler's jurisdiction. Plaintiff also has the right to have the case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiff shall inform the Court whether Plaintiff consents to Judge Beeler's jurisdiction or requests reassignment to a United States District Judge. The consent/declination form shall be filed by December 30, 2010.

**IT IS SO ORDERED.**

Dated: December 13, 2010

_____
LAUREL BEELER
United States Magistrate Judge

ORDER
C 10-05655

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| KAYLE HOWARD,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL DALISAY, *et al.*,<br><br>          Defendants.<br>_____/ | No. C 10-05655 LB<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____          _____
                                                                          Signature

                                                                          Counsel for _____
                                                                          (Plaintiff, Defendant or indicate "pro se")

C 10-05655

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| KAYLE HOWARD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL DALISAY, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C 10-05655 LB<br><br>**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge and requests the reassignment of this case to a United States District Judge.

Dated: _____          Signature_____

　　　　　　　　　　　　　　　　　　Counsel for _____
　　　　　　　　　　　　　　　　　　(Plaintiff, Defendant, or indicate "pro se")

C 10-05655