1

2

3

4

5

6

7

8                    UNITED STATES  DISTRICT COURT

9                      Northern District of California

10                          Oakland Division

11    KAYLE HOWARD,                          No. C 10-05655 LB

12                  Plaintiff,          **ORDER RE: STAY OF CASE AND**
                                        **JOINT STATUS UPDATE LETTER**
13          v.
                                        [Re: ECF No. 72]
14    MICHAEL DALISAY *et al.*,

15                  Defendants.
      _____/

16        *Pro se* plaintiff Kayle Howard sued local police officers and county sheriffs in this lawsuit for

17    false imprisonment and false arrest in relation to a state court criminal action, all in violation of 42

18    U.S.C. § 1983 and state law.  Complaint, ECF No. 1 at 2, ¶¶ 6-7.[1]  On April 19, 2011, upon

19    Defendants' motion, the court stayed this lawsuit pending the outcome of those criminal charges.

20    ECF No. 58.

21        The court received and reviewed the parties' joint letter updating the status of Ms. Howard's

22    criminal case.  Joint Letter, ECF No. 72.  According to that letter, Ms. Howard's criminal trial is

23    now set for June 6, 2012.  *Id.* at 1-2.  Therefore, the case shall remain stayed and the parties shall file

24    a joint status update about the status of Ms. Howard's pending criminal case no later than June 25,

25    2012.

26        This disposes of ECF No. 72.

27    _____

28        [1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page
      number at the top of the document, not the pages at the bottom.

UNITED STATES DISTRICT COURT
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS SO ORDERED.**

Dated: April 18, 2012



_____
LAUREL BEELER
United States Magistrate Judge

C 10-05655 LB