1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

For the Northern District of California

8                    UNITED STATES  DISTRICT COURT

9                    Northern District of California

10                              San Francisco

11   KAYLE HOWARD,                              No. C 10-05655 LB

12                    Plaintiff,               **ORDER RE: STAY OF CASE AND**
             v.                                 **JOINT STATUS UPDATE LETTER**
13
     MICHAEL DALISAY *et al.*,                  [Re: ECF No. 74]
14
                     Defendants.
15   _____/

16       *Pro se* plaintiff Kayle Howard sued local police officers and county sheriffs in this lawsuit for

17   false imprisonment and false arrest in relation to a state court criminal action, all in violation of 42

18   U.S.C. § 1983 and state law.  Complaint, ECF No. 1 at 2, ¶¶ 6-7.[1]  On April 19, 2011, upon

19   Defendants' motion, the court stayed this lawsuit pending the outcome of those criminal charges.

20   ECF No. 58.

21       The court received and reviewed the parties' joint letter updating the status of Ms. Howard's

22   criminal case.  Joint Letter, ECF No. 74.  According to that letter, Ms. Howard's criminal trial was

23   continued from June 6, 2012 to August 20, 2012.  *Id.* at 2.  Therefore, the case shall remain stayed

24   and the parties shall file a joint status update about the status of Ms. Howard's pending criminal case

25   no later than September 20, 2012.

26       This disposes of ECF No. 74.

27

28       [1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page
     number at the top of the document, not the pages at the bottom.

C 10-05655 LB

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1   **IT IS SO ORDERED.**

2   Dated: June 20, 2012

3   _____
    LAUREL BEELER
    United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C 10-05655 LB