UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| KAYLE HOWARD, | No. C 10-05655 LB |
| Plaintiff, | **ORDER RE: STAY OF CASE AND JOINT STATUS UPDATE LETTER** |
| v. | |
| MICHAEL DALISAY *et al.*, | [Re: ECF No. 74] |
| Defendants. | |

*Pro se* plaintiff Kayle Howard sued local police officers and county sheriffs in this lawsuit for false imprisonment and false arrest in relation to a state court criminal action, all in violation of 42 U.S.C. § 1983 and state law. Complaint, ECF No. 1 at 2, ¶¶ 6-7.[1] On April 19, 2011, upon Defendants' motion, the court stayed this lawsuit pending the outcome of those criminal charges. ECF No. 58.

The court received and reviewed the parties' joint letter updating the status of Ms. Howard's criminal case. Joint Letter, ECF No. 74. According to that letter, Ms. Howard's criminal trial was continued from June 6, 2012 to August 20, 2012. *Id.* at 2. Therefore, the case shall remain stayed and the parties shall file a joint status update about the status of Ms. Howard's pending criminal case no later than September 20, 2012.

This disposes of ECF No. 74.

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 10-05655 LB

**IT IS SO ORDERED.**

Dated: June 20, 2012

_____
LAUREL BEELER
United States Magistrate Judge