| | |
|---|---|
| 1 | JAMES V. FITZGERALD, III (State Bar No. 55632) |
| | NOAH G. BLECHMAN (State Bar No. 197167) |
| 2 | MCNAMARA, NEY, BEATTY, SLATTERY, |
| | BORGES & AMBACHER LLP |
| 3 | 1211 Newell Avenue |
| | Post Office Box 5288 |
| 4 | Walnut Creek, CA 94596 |
| | Telephone: (925) 939-5330 |
| 5 | Facsimile:  (925) 939-0203 |
| 6 | Attorneys for Defendant |
| | City of San Pablo, Officer Melvin Smith, Detective Neece and |
| 7 | Detective Pamplona |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAYLE HOWARD, | | Case No. C10-05655 LB |
| Plaintiff, | | **JOINT STATUS UPDATE REGARDING PENDING CRIMINAL ACTION AGAINST PLAINTIFF** : ORDER |
| vs. | | |
| MICHAEL DALISAY, F. CULLEY, DETECTIVES DAVID NEECE, PAMPLOMA INDIVIDUALLY, AND IN HIS CAPACITY AS AN EMPLOYEE OF THE ALAMEDA COUNTY SHERIFF'S OFFICE, OFFICER SUSAN SMITH OF THE CITY OF SAN PABLO POLICE DEPARTMENT, THE CITY OF SAN PABLO, AND DOES 1-20, | | Judge:    Hon. Laurel Beeler |
| Defendants. | | |

The parties, by and between their respective counsel of record, and per Plaintiff in pro per KAYLE HOWARD ("Plaintiff"), hereby provide the Court with a joint status update of this matter.

This matter is currently stayed per Defendants' Motion to Stay this matter pending the outcome and completion of the pending criminal case against Plaintiff, a motion granted by the Court. See Docket Document No. 58 (e-filed 4/19/11). Recently, Mr. Blechman was informed, by Plaintiff via telephone, that the trial date in Plaintiff's pending criminal case was continued once again from August 20, 2012, to November 19, 2012.

JOINT STATUS UPDATE – C10-05655 LB

1  Therefore, to the extent that the criminal charges against Plaintiff Howard are still
2  pending, the parties request that the stay in this matter should remain in effect and the parties
3  agree to provide a further joint status update to the Court by mid-December of 2012, regarding
4  the status of the pending criminal proceedings against Plaintiff Howard, set for trial on November
5  19th. Should Plaintiff Howard's criminal case resolve prior to November 19th, Plaintiff Howard
6  shall notify defense counsel in this civil case and the parties shall thereafter file a further joint
7  status update with the Court as soon as feasible.

Dated: August ___, 2012

PLAINTIFF IN PRO PER

By: /s/ Kayle Howard  8/23/2012
KAYLE HOWARD, Plaintiff in Pro Per

Dated: August 20, 2012

MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: /s/ Noah G. Blechman
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendant
THE CITY OF SAN PABLO

Dated: August 20, 2012

OFFICE OF THE COUNTY COUNSEL, COUNTY OF ALAMEDA

By: /s/ Raymond MacKay
Raymond L. MacKay
ALAMEDA COUNTY SHERIFF'S OFFICE,
MICHAEL DALISAY and FENTON CULLEY

Date: August 28, 2012

APPROVED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

JOINT STATUS UPDATE – C10-05655 LB                 2