UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| KAYLE HOWARD, | No. C 10-05655 LB |
| Plaintiff, | **ORDER RE: STAY OF CASE AND JOINT STATUS UPDATE LETTER** |
| v. | |
| MICHAEL DALISAY *et al.*, | [Re: ECF No. 82] |
| Defendants. | |

*Pro se* plaintiff Kayle Howard sued local police officers and county sheriffs in this lawsuit for false imprisonment and false arrest in relation to a state court criminal action, all in violation of 42 U.S.C. § 1983 and state law. Complaint, ECF No. 1 at 2, ¶¶ 6-7.[1] On April 19, 2011, upon Defendants' motion, the court stayed this lawsuit pending the outcome of those criminal charges. ECF No. 58.

On June 24, 2013, the court ordered the parties to file a joint status update about the status of Ms. Howard's pending criminal case no later than August 1, 2013. The parties did not do so. Thus, the court orders the parties to file a joint status update about the status of Ms. Howard's pending criminal case **no later than August 30, 2013**.

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

C 10-05655 LB
ORDER

**IT IS SO ORDERED.**

Dated: August 20, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 10-05655 LB
ORDER

2